■ NINA HALE, Individually and as Administratrix of the Estate of LARRY B. HALE, Deceased, Respondent, v CHARLES B. DeMINO, Respondent, and BOWL-A-ROLL, INC., Appellant.—Order unanimously affirmed with costs. Memorandum: Plaintiff raised questions of fact by submitting evidentiary proof in admissible form in opposition to defendant Bowl-A-Roll's motion for summary judgment and thus the denial of summary judgment was proper *(see, Zuckerman v City of New York,* 49 NY2d 557, 562). The contradictions in defendant DeMino's criminal trial and deposition testimony raised an issue of fact whether Bowl-A-Roll directly sold an alcoholic beverage to him, and Dr. Smith's affidavit and Deputy Thorpe's criminal trial testimony raised an issue of fact whether DeMino was visibly intoxicated at Bowl-A-Roll. With respect to Bowl-A-Roll's argument regarding proximate cause, Deputy Hanretty's affidavit constituted evidence that a sober person could not have avoided striking decedent, who was on foot in a

driving lane of Route 590 at 1:00 A.M., but there was no evidence that a sober person could not have slowed down enough to avoid killing him. (Appeal from Order of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.